IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>*Plaintiff,*<br><br>vs.<br><br>FIRST PARTY FOR BOLINGBROOK, MICHAEL J CARPANZANO, and MARY ALEXANDER-BASTA<br><br>*Defendants*. | Case No. 1:23-cv-05049<br><br>Judge Nancy L. Maldonado<br>Magistrate Judge M. David Weisman |

## JOINT STATUS REPORT

Plaintiff, Jorge Alejandro Rojas, *pro se*, and Defendants First Party For Bolingbrook, Michael J. Carpanzano, and Mary Alexander-Basta, through undersigned counsel, pursuant to Magistrate Judge Weisman's February 29, 2024 Minute Entry (Dkt. 34), file the following Joint Status Report:

1. Following the Court's recent March 25, 2024 Order on Defendants Motion to Dismiss, (Dkts. 38, 39), the Parties have reached a settlement in principle. The parties are working to document the same and its consummation.

2. The Parties request that the Court strike the Status Conference set for April 3, 2024 and continue the matter for an additional two weeks to provide the parties time to finalize settlement.

Respectfully Submitted,

Dated: March 28, 2024

1

| **PLAINTIFF** | **DEFENDANTS** |
|---|---|
| /s/ *Jorge Alejandro Rojas* | By: /s/ Lauren M. DaValle |
| Jorge Alejandro Rojas<br>557 Cambridge Way<br>Bolingbrook, IL 60440<br>Rojas.jorge96@gmail.com<br>424-219-1582<br>Plaintiff in *Pro Se* | Burton S. Odelson<br>Lauren M. DaValle<br>Ross R .Secler<br>Odelson, Murphey, Frazier & McGrath, LTD.<br>3318 W. 95th St.<br>Evergreen Park, IL 60805<br>(708) 424-5678<br>LDavalle@omfmlaw.com |